IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| MSN LABORATORIES PRIVATE LTD. | ) |
| and MSN PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

| | |
|---|---|
| Date Patentee Received Notice: | June 18, 2020 |
| Date of Expiration of Patent: | Patent No. 7,732,615 – June 3, 2028 |
| | Patent No. 10,646,480 – August 27, 2038 |
| | |
| Thirty Month Stay Deadline: | December 18, 2022 (statutory) |
| | October 29, 2023 (extended)[1] |

Dated: July 30, 2020

---

[1] As Plaintiff is entitled to NCE market exclusivity and is filing this action in the 1-year period beginning 4 years after first NDA approval (Apr 29, 2016), the 30-month stay is extended by 7.5 years from the date of first NDA approval, which is October 29, 2023.

| | |
|---|---|
| OF COUNSEL: | SAUL EWING ARNSTEIN & LEHR LLP |
| Chad J. Peterman<br>Bruce M. Wexler<br>Scott F. Peachman<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>chadpeterman@paulhastings.com<br>brucewexler@paulhastings.com<br>scottpeachman@paulhastings.com<br><br>*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.* | /s/*James D. Taylor, Jr.*<br>James D. Taylor, Jr. (#4009)<br>Jessica M. Jones (#6246)<br>Charles E. Davis (#6402)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>(302) 421-6800<br>James.Taylor@saul.com<br>Jessica.Jones@saul.com<br>Chad.Davis@saul.com |