

James D. Taylor, Jr.
Phone: (302) 421-6863
Fax: (302) 421-6813
james.taylor@saul.com
www.saul.com
CorrespondenceTag

July 31, 2020

VIA ELECTRONIC FILING
Clerk of Court: John A. Cerino
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

**Re:** *Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited et al.*
*C.A. No. 1:20-cv-00985 RGA*

*Acadia Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.*
*C.A. No. 1:20-cv-00986 RGA*

*Acadia Pharmaceuticals Inc. v. Zydus Pharmaceuticals (USA) Inc. et al.*
*C.A. No. 1:20-cv-01021 UNA*

*Acadia Pharmaceuticals, Inc. v. Hetero Labs Limited et al.*
*C.A. No. 1:20-cv-01022-UNA*

*Acadia Pharmaceuticals, Inc. v. MSN Laboratories Private Ltd. et al.*
*C.A. No. 1:20-cv-01029-UNA*

Dear Mr. Cerino:

We represent the plaintiff in the above-referenced matters. Last week, we filed *Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited et al.,* and *Acadia Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. et al.* These two matters have since been assigned to Judge Andrews. On July 30, 2020 we filed *Acadia Pharmaceuticals Inc. v. Zydus Pharmaceuticals (USA) Inc., Acadia Pharmaceuticals Inc. v. Hetero Labs Limited et al,. and Acadia Pharmaceuticals, Inc. v. MSN Laboratories Private Ltd. e t al*., which are currently unassigned. All of these matters are related, and should be identified as such.

Should you need anything further please advise.

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 1201 North Market Street, Suite 2300 Wilmington, DE 19801

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

37272060.1

Respectfully,

/s/ *James D. Taylor, Jr.*

James D. Taylor, Jr. (#4009)