# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:20-cv-01029 |
| MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff states as follows:

ACADIA Pharmaceuticals Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| OF COUNSEL: | SAUL EWING ARNSTEIN & LEHR LLP |
| Chad J. Peterman<br>Bruce M. Wexler<br>Scott F. Peachman<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>chadpeterman@paulhastings.com<br>brucewexler@paulhastings.com<br>scottpeachman@paulhastings.com | */s/James D. Taylor, Jr.*<br>James D. Taylor, Jr. (#4009)<br>Jessica M. Jones (#6246)<br>Charles E. Davis (#6402)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>(302) 421-6800<br>James.Taylor@saul.com<br>Jessica.Jones@saul.com<br>Chad.Davis@saul.com |

*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.*

August 3, 2020