IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:20-cv-01029 RGA |
| | ) | |
| v. | ) | |
| | ) | |
| MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Chad J. Peterman, Bruce M. Wexler, and Scott F. Peachman, of PAUL HASTINGS LLP 200 Park Avenue, New York, NY 10166 to represent Plaintiff, ACADIA Pharmaceuticals Inc., in this matter.

SAUL EWING ARNSTEIN & LEHR LLP

*/s/James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Charles E. Davis (#6402)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800
James.Taylor@saul.com
Jessica.Jones@saul.com
Chad.Davis@saul.com

*Attorneys for Plaintiff*
*ACADIA Pharmaceuticals Inc.*

August 6, 2020

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____  _____
The Honorable Richard G. Andrews