IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 1:20-cv-01029 RGA |
| | ) |
| v. | ) |
| | ) |
| MSN LABORATORIES PRIVATE LTD. and | ) |
| MSN PHARMACEUTICALS, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## **DECLARATION OF MAILING**

James D. Taylor, Jr. declare as follows:

1. I am a Partner at the law firm of Saul Ewing Arnstein & Lehr LLP, counsel to Plaintiff in this action.

2. Upon information and belief, Defendant MSN Laboratories Private Ltd. has designated Melissa M. Hayworth, Esquire, Merchant & Gould PC, 1900 Duke Street, Suite 600, Alexandria VA 22314, as its agent in the United States for purposes of accepting service of process on its behalf.

3. On August 4, 2020, I caused copies of the Summons, Complaint and related papers in this action to be sent via Federal Express pursuant to 10 *Del. C.* § 3104, to MSN Pharmaceuticals, Inc., c/o Melissa M. Hayworth, Esquire, Merchant & Gould PC, 1900 Duke Street, Suite 600, Alexandria, VA 22314. *See* Exhibit A.

4. On August 6, 2020, I received notification that the Summons, Complaint and related papers were delivered to that address on August 6, 2020 and signed for by D. Lizma who,

upon information and belief, is an employee at that address and authorized to sign for and accept the delivery.  *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2020.

<u>*/s/James D. Taylor, Jr.*</u>
James D. Taylor, Jr. (#4009)