EXHIBIT A

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Christine A. Murray
Phone: (302) 421-6800
Fax: (302) 421-5878
christine.murray@saul.com
www.saul.com

August 4, 2020

VIA FEDERAL EXPRESS

Melissa M. Hayworth, Esquire
Merchant & Gould
1900 Duke Street
Suite 600
Alexandria, VA 22314

    Re:   *Acadia Pharmaceuticals Inc. v. MSN Laboratories Private Ltd. et al.*
            C.A. No. 1:20-cv-001029

Dr. Ms. Hayworth:

    Enclosed are copies of the Complaint, Summons, and related papers in the above referenced matter, which are being served herewith upon MSN Laboratories Private Ltd. pursuant to 10 Del. C. § 3104. Pursuant to § 3104(g), the time for Defendants to respond shall be computed from the date of the mailing of this letter.

                                    Sincerely,

                                    /s/*Christine A. Murray*

                                    Christine A. Murray, Paralegal

CAM
Encl.

37282266.1

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC. | ) ) ) ) ) | |
| Plaintiff(s) | ) | |
| v. | ) ) | Civil Action No. 1:20-CV-01029 |
| MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS, INC. | ) ) ) ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MSN LABORATORIES PRIVATE LTD.
c/o Melissa M. Hayworth, Esquire
Merchant & Gould
1900 Duke Street
Suite 600
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James D. Taylor, Jr.
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: 08/04/2020

*Signature of Clerk or Deputy Clerk*

 

*package id*
  0201885
*ship date*
  Tue, Aug 04 2020
*to*
  Melissa Hayworth
  Merchant & Gould
  1900 DUKE ST STE 600
  ALEXANDRIA, VA  22314-3461
  United States
  302-421-6800
*residential address*
  No
*return label*
  No
*notification type*
  Delivery
*notification recipients*
  Christine.Murray@sau...

*from*
  Christine Murray (5908)
  Saul Ewing Arnstein & Lehr LLP
  1201 N. Market Street
  P.O. Box 1266
  Wilmington, DE  19899-1266
  US
  (302) 421-6861
*billing*
  FIRM COSTS.Wilmington Office FedEx (999927.90003)
  Acadia/MSN Labs Private Ltd.
*operator*
  Christine Murray
  (302) 421-6861
  cmurray@saul.com
*create time*
  08/04/20, 12:15PM

*vendor*
  FedEx
*tracking number*
  395472078186
*service*
  FedEx Priority Overnight®
*packaging*
  FedEx® Pak
*dimensions*
  3.0  LBS
*signature*
  Adult Signature Required
*courtesy quote*
  22.66

Quote may not reflect all accessorial charges

EXHIBIT B

Murray, Christine A.

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, August 6, 2020 2:27 PM |
| **To:** | Murray, Christine A. |
| **Subject:** | FedEx Shipment 395472078186: Your package has been delivered |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.



# Hi. Your package was delivered Thu, 08/06/2020 at 2:25pm.



Delivered to 1900 DUKE ST 600 22314, ALEXANDRIA, VA 22314
Received by D.LIZMA

OBTAIN PROOF OF DELIVERY

## Personal Message

PSShip eMail Notification

1

| | |
|---|---|
| TRACKING NUMBER | 395472078186 |
| FROM | Saul Ewing Arnstein & Lehr LLP<br>1201 N. Market Street<br>P.O. Box 1266<br>Wilmington, DE, US, 19899 |
| TO | Melissa Hayworth<br>1900 DUKE ST STE 600<br>ALEXANDRIA, VA, US, 22314 |
| DOOR TAG NUMBER | DT105507390639 |
| REFERENCE | 999927.90003 |
| SHIPPER REFERENCE | 999927.90003 |
| SHIP DATE | Tue 8/04/2020 05:30 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Pak |
| ORIGIN | Wilmington, DE, US, 19899 |
| DESTINATION | ALEXANDRIA, VA, US, 22314 |
| SPECIAL HANDLING | Adult Signature Required |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 1.00 LB |
| SERVICE TYPE | FedEx Priority Overnight |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

LEARN MORE

## This tracking update has been requested by:

**Company name:** Saul Ewing Arnstein & Lehr LLP

**Name:** Christine Murray

**Email:** Christine.Murray@saul.com

**FOLLOW FEDEX**

f  y  ⊙  in  P  ♙  G·

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:26 PM CDT 08/06/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.