## CERTIFICATE OF SERVICE

I, James S. Green, Jr. hereby certify that this 30th day of September 2020, the foregoing *Answer, Affirmative Defenses and Counterclaims of MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.* was served upon all counsel of record via CM/ECF and email as follows:

| | |
|---|---|
| James D. Taylor, Jr.<br>James.Taylor@saul.com | Chad J. Peterman<br>Chadpeterman@paulhastings.com |
| Jessica M. Jones<br>Jessica.Jones@saul.com | Bruce M. Wexler<br>Brucewexler@paulhastings.com |
| Charles E. Davis<br>Chad.Davis@saul.com | Scott F. Peachman<br>Scottpeachman@paulhastings.com |

/s/ James S. Green, Jr.
JAMES S. GREEN, JR. (4406)