IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:20-cv-01029-RGA |
| | ) | |
| MSN LABORATORIES PRIVATE LTD. | ) | |
| and MSN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS MSN LABORATORIES PRIVATE LIMITED AND MSN PHARMACEUTICALS, INC.'S CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc., by and through the undersigned attorneys, hereby certify that MSN Pharmaceuticals, Inc. is a wholly owned subsidiary of MSN Laboratories Private Limited. MSN Pharmaceuticals, Inc. is the U.S. agent of MSN Laboratories Private Limited. MSN Laboratories Private Limited is privately held and no public entity owns 10% or more of its stock.

SEITZ, VAN OGTROP & GREEN, P.A.


/s/ James S. Green, Jr.
James S. Green, Jr. (DE 4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
302-888-7607
Attorney for Defendants