IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:20-cv-01029-RGA |
| | ) |
| MSN LABORATORIES PRIVATE LTD. | ) |
| and MSN PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel hereby moves the admission *pro hac vice* of Yixin Tang, Esquire of Upadhye Tang, LLP to represent the Defendants in this matter.

**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ James S. Green, Jr.
_____
James S. Green, Jr. (DE 4406)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
Tel: (302) 888-0600
Fax: (302) 888-0606
jsgreen@svglaw.com
Attorney for Defendants

Date: October 8, 2020

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid [ X ] to the Clerk of the Court, or if not paid previously, the fee payment will be submitted [   ] to the Clerk's Office upon the filing of this motion.

Signed: _____   Date: 10/8/2020

Yixin Tang, Esq.
Upadhye Tang LLP
135 S LaSalle Street, Suite 1930
Chicago, IL  60603-4207
yixin@ipfdalaw.com
312-598-2610

Sy